UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS GORDON KJELDERGAARD,<br>Plaintiff,<br>v.<br>EASMON, et al.,<br>Defendants. | Case No. 22-cv-02778-JD<br><br>**ORDER OF TRANSFER** |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding prison conditions at California Correctional Center. That facility is located within the venue of the United States District Court for the Eastern District of California. Plaintiff is incarcerated in this district. Because the events for this case and defendants are located in the Eastern District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: July 18, 2022

JAMES DONATO
United States District Judge