UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS GORDON KJELDERGAARD,<br><br>    Plaintiff,<br><br> v.<br><br>EASMON, et al.,<br><br>    Defendants. | No. 2:22-cv-01283-WBS-CKD<br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 13, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

  The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record

and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed October 13, 2023, are adopted in full.

        2.  This action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        3.  The Clerk of Court is directed to close this case.

Dated:  December 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/kjel1283.800

2